1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CHARLES QUICK,<br><br>12         Plaintiff,<br><br>13     v.<br><br>14  SPEEDWAY SONOMA, LLC; SPEEDWAY MOTORSPORTS LLC;<br>15<br>16         Defendants.<br>17 | Case No. 4:24-cv-07456-DMR<br><br>**ORDER (AS MODIFIED) GRANTING JOINT STIPULATION RELATING TO REQUEST FOR RELIEF OF DEADLINES IMPOSED BY GENERAL ORDER 56**<br><br>Complaint Filed:  October 25, 2024<br>Service Date:    November 8, 2024<br><br>Trial Date:      None<br>Magistrate Judge: Hon. Donna M. Ryu<br>                 Courtroom 4, Oakland |

1                                          Case No. 4:24-cv-07456-DMR
ORDER (AS MODIFIED) GRANTING JOINT STIPULATION RELATING TO REQUEST FOR RELIEF OF DEADLINES IMPOSED BY GENERAL ORDER 56

87235600.v1-OGLETREE

**ORDER (AS MODIFIED)**

Having considered the Joint Stipulation for Relief of Deadlines Imposed by General Order 56 as to all parties to this action (the "Parties"), and for good cause appearing, the Court hereby GRANTS the Parties' request to continue the current dates and deadlines. ~~and stay the litigation~~.

Defendant's responsive pleading deadline is hereby continued until February 21, 2025.

The deadline to complete the joint inspection pursuant to General Order 56 is July 13, 2025.

**IT IS SO ORDERED AS MODIFIED.**

Dated: January 2, 2025



_____
HON. DONNA M. RYU
United States Chief Magistrate Judge